# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KB Toys, Inc., et. al., <br><br> Debtor. <br><br>———————————————— <br><br> Residual Trustee, on behalf of the KBTI Trust, <br><br> Plaintiff, <br><br> vs. <br><br> The Upper Deck Company, LLC, <br><br> Defendant. | C.A. No. 06-363 (KAJ) |

## CERTIFICATION OF COMPLETION OF BRIEFING

The Upper Deck Company, LLC ("Defendant") by and through its undersigned counsel, hereby file this Certification of Completion of Briefing and states as follows:

1. On January 12, 2006, The Residual Trustee ("Plaintiff") initiated Adversary Proceeding No. 06-50336 in the United States Bankruptcy Court in and for the District of Delaware captioned Residual Trustee, on behalf of the KBTI Trust v. The Upper Deck Company, LLC by filing and serving its Complaint to (i) Avoid Transfers Pursuant to 11 U.S.C. Section 547, (ii) Recover Property Transferred Pursuant to 11 U.S.C. Section 550; and (iii) Objecting to the Allowance of Claims Pursuant to 11 U.S.C. Section 502(d) [Adv. Pro. D.I. No. 1[1]].

---

[1] All docket references are to documents entered in the adversary proceeding.

2.On May 8, 2006, Defendant filed its Motion for Withdrawal of Reference [D.I. No. 26] and Motion to Determine Whether Adversary Proceeding is Core or Non-Core [D.I. No. 27].

3.On May 19, 2006, Plaintiff filed its Limited Opposition to Defendant's Motion for Withdrawal of the Reference to the Bankruptcy Court and Demand for Jury Trial [D.I. No. 37].

4.On May 26, 2006, Defendant filed its Reply to Trustee's Limited Opposition to Motion to Withdraw the Reference [D.I. No. 42].

5.On May 30, 2006, a Transmittal of Motion to Withdraw the Reference and Demand for Jury Trial to the U.S. District Court, District of Delaware was entered.

WHEREFORE, Defendant respectfully submits that pursuant to District Court Local Rule 7.1.2, the briefing on the motion has been completed.

Dated: June 8, 2006BUCHANAN INGERSOLL PC
Wilmington, Delaware

/s/ Margaret M. Manning
Margaret M. Manning, Esq. (#4183)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Tel:  (302) 428-5500
Fax: (302) 428-2996

and

LINER YANKELEVITZ SUNSHINE &
REGENSTREIF LLP
Leslie A. Cohen
Sam A. Kozhaya
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

*Attorneys for The Upper Deck Company, LLC*

## CERTIFICATE OF SERVICE

I, Margaret Manning, do hereby certify that I caused a copy of the forgoing Certificate of Completion of Briefing upon the following via U.S. Mail:

Kimberly D. Newmarch, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Wilmington, DE
June 8, 2006

By: /s/ Margaret Manning
Margaret M. Manning

#766743-v1